# NATIONAL LABOR RELATIONS BOARD, Petitioner, v. GENERAL CABLE CORPORATION.

## No. 12457.

Circuit Court of Appeals, Eighth Circuit.

Nov. 9, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

M. A. Kent, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

# NATIONAL LABOR RELATIONS BOARD v. E. H. MOORE, Inc.

## No. 2672.

Circuit Court of Appeals, Tenth Circuit.

Jan. 4, 1943.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Philip R. Wimbish and Villard Martin, both of Tulsa, Okl., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Consent decree, enforcing order of the Board, was entered pursuant to stipulation of the parties.

# NATIONAL LABOR RELATIONS BOARD, Petitioner, v. KANSAS CITY PUBLIC SERVICE COMPANY.

## No. 12491.

Circuit Court of Appeals, Eighth Circuit.

Dec. 28, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Carl E. Enggas, of Kansas City, Mo., and John R. Moberly, of Kansas City, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

# NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Oliver L. BUCKINGHAM et al.

## No. 12489.

Circuit Court of Appeals, Eighth Circuit.

Dec. 28, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

H. D. Buckingham and Boyd Leedom, of Rapid City, S. D., for respondents.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.